IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERNESTO PAUL FERNANDEZ DIAZ**, on behalf of himself and all others similarly situated,<br>    *Plaintiff*,<br><br>    v.<br><br>**OCUGEN, INC.**, et al.,<br>    *Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br><br><br><br><br>NO. 21-cv-03182 |

**O R D E R**

**AND NOW**, this 10th day of June 2024, after review of the docket and this Court's Order (ECF No. 18) directing the parties to show cause, on or before May 23, 2024, why the above-captioned case[1] should not be closed, and there being no response reflected on the docket, it is hereby **ORDERED** that the Clerk of Court is directed to **CLOSE** the above-captioned case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] The United States Court of Appeals for the Third Circuit affirmed the Court's order dismissing the securities class action on April 12, 2024 in 21-cv-2725, *In re: Ocugen, Inc. Securities Litigation* (*see* ECF No. 57).